**Order entered June 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00968-CR

**JOSE DOMINGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-10909-86-F**

## ORDER

Before the Court is the State's June 4, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief due by June 21, 2021.

/s/    ERIN A. NOWELL
        JUSTICE